## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    Crim. No.  7:07-CR-121-1F

CLYDE EDWARD LOVE

On Tuesday, October 6, 2009, the above named was placed on probation for a period of 5 years.  The offender has complied with the rules and regulations of probation and is no longer in need of supervision.  It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___19th___ day of _____June_____, 2013.

James C. Fox
James C. Fox
Senior U.S. District Judge